**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUDY CHRISTIAN PERCIVAL,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **AXION CONTACT CENTER LLC d/b/a** | : | |
| **AXION HEALTHCARE SOLUTIONS, LLC,** | : | **No. 23-cv-03993** |
| *Defendant.* | : | |

## <u>ORDER</u>

**AND NOW**, this **2nd day** of **April 2024**, upon consideration of Defendant Axion Contact Center LLC d/b/a Axion HealthCare Solutions, LLC's Motion to Dismiss Plaintiff Judy Christian Percival's Amended Complaint (ECF No. 59), and all responses thereto, it is hereby **ORDERED** and **DECREED** this Motion (ECF No. 59) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, for the reasons stated in the Court's Memorandum.  The Clerk of Court is hereby directed to close the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, J.**